**Order entered July 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00271-CR

### RICKY MORENO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00878-T**

## ORDER

Before the Court is court reporter Trashuna Salaam's July 7, 2018 request for an extension of time to file the reporter's record in this case. We **GRANT** the request and **ORDER** the reporter's record filed on or before July 23, 2018.

/s/    CRAIG STODDART
        JUSTICE